**Warren R. FOLLUM, Petitioner— Appellant,**

**v.**

**COMMISSIONER OF INTERNAL REVENUE, Respondent— Appellee.**

No. 07–1701.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 28, 2008.

Decided: March 3, 2008.

Warren R. Follum, Appellant Pro Se. Patricia McDonald Bowman, Sara Ann Ketchum, United States Department of Justice, Washington, D.C., for Appellee.

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Warren R. Follum appeals from the tax court's order upholding the Commissioner's collection activities with respect to Follum's tax liability for the 1990 through 1993 tax years. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the tax court. *See Follum v. Comm'r, IRS,* Tax Ct. No. 7936–03L, 2007 WL 1815449 (U.S. Tax Ct. June 28, 2007). We dispense with oral argument because the facts and legal contentions are adequately

presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*